UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v-                                             ) | CR 06-913-GPS |
| ) | 2nd AMENDED |
| Jerrett Jason Carter,              ) | JUDGMENT AND COMMITMENT ORDER |
| ) | REVOKING AND REINSTATING |
| Defendant, ) | PROBATION |
| ) | |
| ) | |
| _____ ) | |

NOW on this 29th day of September, 2008, the defendant is present with counsel, and having admitted to allegations # 2, 3 and 4 and having been found by the Court to be in violation of allegation #1 as set forth in the Petition on Probation and Supervised Release filed on September 22, 2008, and the Court having found that the defendant is in violation of his probation, the Court ORDERS that the defendant be continued on probation under the same terms and conditions originally imposed, with the following additional special conditions: the probationer shall reside at and participate in an approved residential drug and alcohol treatment center/program approved by the U.S. Probation Office for treatment until successfully discharged by the Program Director with the approval of the Probation Officer. The residential drug treatment requirement shall be suspended while the probationer is successfully participating in outpatient substance abuse treatment and/or random drug and alcohol testing, and can be enforced by the Probation Officer upon a determination of illicit substance use. The probationer shall reside at and participate in a Residential Reentry Center (RRC) program, under the community correctional component, as approved by the Probation Office, for a period not to exceed 120 days or until discharged by the program director pursuant to 18 USC 3563(b)(11); the RRC's subsistence fee shall be waived and the requirement of 20 hours of community service per week when not employed at least part-time and/or enrolled in an educational or vocational program shall be suspended while the offender is in a RRC or is in a residential drug treatment program. The probationer shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

Defendant advised of right to appeal.

FILED: October 1, 2008                                    *GEORGE P. SCHIAVELLI*
Terry Nafisi, Clerk of the Court                          _____
by Jake Yerke                                                     GEORGE P. SCHIAVELLI
                                                                          United States District Court Judge